# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **John Stacks,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:23-cv-00334-FDW |
| | ) | 3:11-cr-00371-FDW-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2023 Order.

June 14, 2023

Katherine Hord Simon, Acting Clerk
United States District Court